IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR320 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSE JIMENEZ, | |
| Defendant. | |

This matter is before the court on defendant's motion for leave to file supporting brief under separate cover, Filing No. 97. The defendant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence, Filing No. 96. The defendant states that "because of the time restraints beyond Movant's control, he did not have adequate time to research his grounds and construct a supporting brief." The court will grant the motion.

IT IS ORDERED that:

1. Defendant's motion for leave to file supporting brief under separate cover, Filing No. 97, is granted.

2. Defendant shall file his supporting brief on or before July 27, 2017.

Dated this 14th day of June, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge