IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:15CR320 |
| Plaintiff, | |
| vs. | ORDER |
| JOSE JIMENEZ, | |
| Defendant. | |

This matter is before the court on defendant's motion to withdraw his petition pursuant to 28 U.S.C. § 2255. Filing No. 96 and Filing No. 100. Defendant filed his § 2255 motion on or about June 7th, 2017. The Indictment charged defendant in Count II with possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1) and in Count III with possession or use of a firearm in violation of 18 U.S.C. § 924(c)(1)(A). Defendant plead guilty to both counts. Filing No. 54 and Filing No. 81. The Court sentenced defendant for a term of 120 months on Count II and 60 months on Count III to run consecutive. Filing No. 82. On August 28, 2017, defendant stated in this motion: "After further review, defendant finds that there are no non-frivolous grounds to support said petition and would ask the Court to withdraw same." Filing No. 100.

The Court has carefully reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED THAT defendant's motion to withdraw his 28 U.S.C. § 2255 petition, Filing No. 100, is granted.

Dated this 17th day of January, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge